**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **The Aliera Companies, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Aliera Healthcare, Inc.** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-1019555** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **990 Hammond Drive, Suite 700 Atlanta, GA 30328**<br>Number, Street, City, State & ZIP Code | **3155 Roswell Road, NE, Suite 120 Atlanta, GA 30305**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **www.alieracompanies.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **The Aliera Companies, Inc.**
      Name

Case number (*if known*) _____

**7.**  **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       ____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ■ Chapter 11. *Check **all** that apply*:

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ☐ No.

    ■ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | **Delaware** | When | **12/03/21** | Case number | **21-11548-jtd** |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **The Aliera Companies, Inc.**                                         Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases**    ☐ No
**pending or being filed by a**    ■ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,    Debtor    **See Attachment**                  Relationship    _____
attach a separate list            District    _____ When _____    Case number, if known    _____

**11.** **Why is the case filed in**    *Check all that apply:*
**this district?**
■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**    ■ No
**have possession of any**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____
**Where is the property?**    _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency    _____
Contact name    _____
Phone    _____

████  **Statistical and administrative information**

**13.** **Debtor's estimation of**    .    *Check one:*
**available funds**
■    Funds will be available for distribution to unsecured creditors.

☐    After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**    ☐ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
**creditors**          ☐ 50-99               ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15.** **Estimated Assets**    ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.** **Estimated liabilities**    ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ■ $500,000,001 - $1 billion

Debtor    **The Aliera Companies, Inc.**                                          Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **The Aliera Companies, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 21, 2021**
MM / DD / YYYY

**X** **/s/ Katie Goodman**                    **Katie Goodman**
Signature of authorized representative of debtor        Printed name

Title   **Authorized Officer**

**18. Signature of attorney**

**X** **/s/ J. Robert Williamson**              Date   **December 21, 2021**
Signature of attorney for debtor                MM / DD / YYYY

**J. Robert Williamson 765214**
Printed name

**Scroggins & Williamson, P.C.**
Firm name

**4401 Northside Parkway
Suite 450
Atlanta, GA 30327**
Number, Street, City, State & ZIP Code

Contact phone   **404-893-3880**   Email address   **centralstation@swlawfirm.com**

**765214 GA**
Bar number and State

Debtor    **The Aliera Companies, Inc.**                                    Case number (*if known*) _____
          Name

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number (*if known*) _____    Chapter   **11**

☐ Check if this an amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Advevo LLC** | | | Relationship to you | **Subsidiary** |
| District | **N.D. Georgia** | When | **12/21/21** | Case number, if known | |
| Debtor | **Ensurian Agency, LLC** | | | Relationship to you | **Subsidiary** |
| District | **N.D. Georgia** | When | **12/21/21** | Case number, if known | |
| Debtor | **Tactical Edge Solutions, LLC** | | | Relationship to you | **Subsidiary** |
| District | **N.D. Georgia** | When | **12/21/21** | Case number, if known | |
| Debtor | **USA Benefits & Administrators, LLC** | | | Relationship to you | **Subsidiary** |
| District | **N.D. Georgia** | When | **12/21/21** | Case number, if known | |

### ACTION OF THE BOARD OF DIRECTORS
### OF THE ALIERA COMPANIES INC.
### TAKEN BY UNANIMOUS WRITTEN CONSENT
### IN LIEU OF A MEETING

The undersigned, constituting the sole member of the Board of Directors (the "**Board**")

and the Majority Stockholder of The Aliera Companies Inc., a Delaware corporation (the

"**Company**") with its principal place of business in Atlanta, Georgia, does hereby consent to and

adopt the following resolutions by unanimous written consent in lieu of a meeting, and does

hereby direct that this written consent to such action be filed with the minutes of the proceedings

of the Company:

WHEREAS, the Company is indebted to various persons, corporations and/or other
entities, and is unable to pay its debts in full; and

WHEREAS, in an effort to provide an efficient process to liquidate the remaining assets
of the Company and provide for the payment of the Company's debts, so far as possible, on or
about October 4, 2021, the Company transferred all of its assets to Asset Recovery Associates
Aliera, LLC as assignee for the benefit of creditors (the "**Assignee**") under a Deed of
Assignment, to be administered by the Assignee through its managing member, Katie S.
Goodman, pursuant to an assignment for benefit of creditors (the "**ABC**") proceeding established
pursuant to the provisions of O.C.G.A. §§ 18-2-40, *et seq.*, and the Assignee has since that date
been responsible for communicating with the Company's creditors and overseeing the
liquidation of the Company's remaining assets for the benefit of its creditors; and

WHEREAS, the Deed of Assignment, *inter alia*, vests the Assignee with full power and
authority to do all acts and things that may be necessary to execute the assignment and to
execute, acknowledge, and deliver all necessary deeds, instruments, and conveyances; and

WHEREAS, on December 2, 2021, an involuntary petition (the "**Involuntary Petition**")
for relief under Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**"), was
filed against the Company in the United States Bankruptcy Court for the District of Delaware,
Case No. 21-11548-JTD (the "**Involuntary Case**"), and an order for relief has not yet been
entered in the Involuntary Case; and

WHEREAS, based on its assessment of relevant factors, including, without limitation, the
fact that (a) the ABC has been pending in Atlanta, Georgia, (b) a substantial majority of the
Company's assets, including books and records, are located in Atlanta, Georgia, (c) many if not
all witnesses which would be needed to administer a Chapter 11 case for the Company are
located in the Atlanta area, and (d) a substantial number of the Company's creditors are located
in and/or have counsel in Georgia, the Board has determined that the Northern District of

Georgia would be the most convenient and efficient forum in which to prosecute a Chapter 11 case on behalf of the Company; and

WHEREAS, that, in the judgment of the Board, under existing circumstances it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for Northern District of Georgia, and that the Company take necessary steps to dismiss the Involuntary Case and/or seek to transfer venue of the Involuntary Case to the United States Bankruptcy Court for Northern District of Georgia; and

WHEREAS, in the judgment of the Board it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties, to have the Company's Chapter 11 case and the administration of its bankruptcy estate proceed under the management of GGG Partners, LLC, through its managing member, Katie S. Goodman and/or other members and employees of the firm, to ensure continuity in the completion of the liquidation process initiated with the filing of the ABC; and

WHEREAS, as shown by its signature below, the Assignee consents to the Company taking actions as authorized by these resolutions.

NOW, THEREFORE, BE IT

RESOLVED, that the Company is authorized to engage and retain the firm of GGG Partners, LLC, by and through its designee, Katie S. Goodman (the "**Authorized Officer**"), to act as chief liquidation officer for the Company in prosecuting a Chapter 11 case on behalf of the Company, on such terms and conditions as shall be deemed appropriate by the Board, subject to any required bankruptcy court approval; and

RESOLVED, that the Authorized Officer is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia, (the "**Georgia Bankruptcy Court**"), at such time as said officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition); and

RESOLVED, that the Authorized Officer is authorized to cause the Company to file one or more motions, answer and/or other response to the involuntary petition as deemed appropriate after consultation with counsel, in an effort to dismiss the Involuntary Case and/or seek to transfer venue of the Involuntary Case to the Georgia Bankruptcy Court; and

RESOLVED, that the firm of Scroggins & Williamson, P.C., with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as general bankruptcy counsel for the Company under a general retainer in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code, and the Company is authorized to pay to Scroggins & Williamson, P.C. reasonable compensation for services rendered in connection with such engagement; and

RESOLVED, that the Company is authorized to employ and retain other attorneys, consultants, investment bankers, accountants and other professionals in connection with the Company's Chapter 11 case on such terms as the Authorized Officer deems necessary or proper, and to pay to such professionals reasonable compensation for such services; and

RESOLVED, that the Authorized Officer, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the Authorized Officer or the Company's legal counsel may deem necessary or appropriate in connection with the Chapter 11 case, including, but not limited to, motions to obtain authority to use cash collateral and/or to incur debtor in possession financing; the assumption or rejection of executory contracts and unexpired leases; proposing one or more chapter 11 plans; the sale or other disposition of all or a portion of the Company's assets; entering into new contracts, leases or other agreements; the prosecution of claims held by the Company and the defense of claims asserted against the Company, including the continuation of any litigation pending at the time of the Chapter 11 filing, and related appeals; the negotiation and consummation of settlements and compromises; and the performance of any and all further acts and deeds which the Authorized Officer, or their designate, deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officer of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

This written consent may be executed in counterparts and shall become effective when each signatory has signed at least one counterpart hereof. Any signature pages of any counterpart may be appended to any other counterpart to form a complete executed counterpart hereof. Delivery of the signature page to this written consent by facsimile, PDF, or other electronic transmission, and each such signature delivered by facsimile, PDF, or other electronic transmission shall be deemed to be an original signature.

[Signatures on following pages]

IN WITNESS WHEREOF, the undersigned has executed this consent effective as of the ___ day of December, 2021.

Board of Directors

Shelley Steele, as Sole Director and
Majority Shareholder

### Consent by Assignee

Asset Recovery Associates Aliera, LLC, as Assignee in the Company's ABC, does hereby consent to and authorize, to the extent necessary, the Company taking actions described and authorized in the foregoing resolutions.

ASSET RECOVERY ASSOCIATES ALIERA, LLC,
a Georgia limited liability company

By: _____

Name: Katie S. Goodman

Its:   Manager

**Fill in this information to identify the case:**

Debtor name __**The Aliera Companies, Inc.**_____

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA_____

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12-21-2021_____     X **/s/ Katie Goodman**_____
                                          Signature of individual signing on behalf of debtor

                                          **Katie Goodman**_____
                                          Printed name

                                          **Authorized Officer**_____
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **THE ALIERA COMPANIES, INC.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
### 12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sharity Ministries, Inc.** **821 Atlanta Street** **Suite 124** **Roswell, GA 30075** | **Joseph Huston** **joseph.huston@stevenslee.com** **302-425-2608** | **Adversary Proceeding** | **Disputed** | | | **$574,736,000.00** |
| **Gerald Jackson, Roslyn Jackson** **c/o Sirianni Youtz Spoonemore** **3101 Western Ave., Ste 350** **Seattle, WA 98121** | **Eleanor Hamburger** **ehamburger@sylaw.com** **206-223-0303** | **Default Judgment** | **Disputed** | | | **$21,352,827.08** |
| **Hanna Albina & Austin Willard** **c/o Sirianni Youtz Spoonemore** **3101 Western Ave., Ste 350** **Seattle, WA 98121** | **Eleanor Hamburger** **ehamburger@sylaw.com** **206-223-0303** | **Default Judgment** | **Disputed** | | | **$4,679,868.46** |
| **One Share Health LLC** **3701 Regent Blvd, Ste 100** **Attn: Buddy Combs, Esq.** **Irving, TX 75063** | **Kyle Wallace** **kwallace@shiverhamilton.com** **470-990-7166** | **Contract** | | | | **$3,750,000.00** |
| **Burr Forman LLP** **420 North 20th Street** **Suite 2400** **Birmingham, AL 35203** | **Jennifer Moseley** **jmoseley@burr.com** **404-685-4322** | **Legal Services** | | | | **$1,518,422.06** |
| **Emids** **318 Seabord Ln** **Suite 110** **Franklin, TN 37067** | **Matthew Martin** **matt.martin@dentons.com** **404-527-8478** | **Trade Debt** | | | | **$768,092.50** |

Debtor  **THE ALIERA COMPANIES, INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Duane Morris LLP 30 South 17th Street Philadelphia, PA 19103-4196** | **Alex Gonzales** ajgonzales@duane morris.com **512-277-2251** | **Legal Services** | | | | **$743,819.59** |
| **Bondurant Mixon & Elmore LLP 1201 W. Peachtree St., NW Suite 3900 Atlanta, GA 30309** | **Ronan Doherty** doherty@bmelaw.c om **404-881-4100** | **Legal Services** | | | | **$736,239.16** |
| **BMO 111 W. Monroe Street Chicago, IL 60603** | | **PPP Loan** | **Contingent** | | | **$638,453.00** |
| **Steve Vermaak 2477 North Forest Drive Marietta, GA 30062** | | **Former Shareholder** | | | | **$378,271.51** |
| **ROC III Fairlead Embassy Row Owner LLC Five Councouse Pkwy, Ste 500 Atlanta, GA 30328** | **Geremy Gregory** ggregory@balch.c om **404-962-3561** | **Landlord** | | | | **$314,971.07** |
| **Assurance IQ Inc. 920 5th Ave., Ste 3600 Seattle WA 98104** | | **Trade Debt** | | | | **$264,057.00** |
| **Rath Young & Pignatelli PC P.O. Box 1500 Concord, NH 03302-1500** | | **Legal Services** | | | | **$223,335.72** |
| **Nelson Taplin Goldwater Inc 1555 Palm Beach Lakes Blvd Suite 1510 West Palm Beach, FL 33401** | | **Consulting Services** | | | | **$217,748.81** |
| **HealthScope Benefits, Inc. 27 Corporate Hill Drive Little Rock AR 72211** | | **Contract** | | | | **$188,817.69** |
| **Ray Guiterez 3905 Briones Street Austin, TX 78723** | | **Former Shareholder** | | | | **$161,395.84** |
| **James Eddie Black 811 Holley Drive Albany, GA 31705** | | **Former Shareholder** | | | | **$161,395.84** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  __THE ALIERA COMPANIES, INC._____     Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Administration123** 668 N. Coast Hwy #167 Austin, TX 78723 | | **Contract** | **Disputed** | | | $129,698.79 |
| **Amazon Web Services Inc.** P.O. Box 84023 Seattle, WA 98124-8423 | | **Trade Debt** | | | | $123,894.03 |
| **Five 9, Inc.** 4000 Executive Parkway Suite #400 San Ramon, CA 94583 | | **Trade Debt** | | | | $115,181.31 |
| **Steptoe & Johnson LLP** 1330 Connecticut Avenue NW Washington, DC 20036 | | **Legal Services** | | | | $111,540.94 |
| **Netlink** 999 Tech Row, Ste 100 Madison Heights, MI 48071 | | **Consulting Services** | | | | $105,600.00 |
| **Canon Financial Svcs, Inc.** 14904 Collections Ctr Dr. Chicago, IL 60693 | **Karen Anghelescu** customercare@csa.canon.com 800-613-2228 | **Equipment Lease** | | | | $103,207.44 |
| **MultiPlan, Inc.** P.O. Box 29380 New York, NY 10087 | | **Contract** | | | | $96,727.75 |
| **HealthEdge Software** 30 Corporate Drive Burlington, MA 01803 | **John D. Elrod** ElrodJ@gtlaw.com 678-553-2259 | **Trade Debt** | | | | $90,700.00 |
| **OutSystems, Inc.** 5901 Peachtree Dunwoody Rd NE Bldg C495 Atlanta, GA 30328 | | **Contract** | | | | $84,000.00 |
| **Dell Financial Svcs** Payment Processing Center P.O. Box 6547 Carol Stream, IL 60197-6547 | **Kim Vodicka** | **Equipment Lease** | | | | $72,194.30 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **THE ALIERA COMPANIES, INC.**                                       Case number *(if known)* _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nyemaster Goode PC** **700 Walnut Street** **Suite 1600** **Des Moines, IA 50309** | | **Legal Services** | | | | $70,896.37 |
| **Quotit** **P.O. Box 6539** **Beaverton, OR 97007** | | **Services** | **Disputed** | | | $68,940.00 |
| **Meadows, Collier, Reed, Cousins, Crouch & Ungerman LLP** **901 Main Street** **Suite 3700** **Dallas, TX 75202** | | **Legal Services** | | | | $53,157.93 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia

In re   __The Aliera Companies, Inc._____

                                 Debtor(s)

Case No.  _____

Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __December 21, 2021_____

                         **/s/ Katie Goodman**_____

                         **Katie Goodman**/**Authorized Officer**
                         Signer/Title

AAA Security Shredding Inc
1426 Briarcliff Drive
Woodstock, GA 30189


ADP LLC
P.O. Box 842875
Boston, MA 02284-2875


Allied Benefit Systems, Inc.
200 W. Adams St.
Chicago, IL 60606


American Arbitration Associati
120 Broadway, Floor 21
Attn: Corp Finance
New York, NY 10271


Aramark
P.O. Box 21971
New York, NY 10087-1971


Austin Willard
c/o Sirianni Youtz Spoonemore
3101 Western Ave, Ste 350
Seattle, WA 98121


BMO
111 W. Monroe Street
Chicago, IL 60603


Bondurant Mixon & Elmore LLP
1201 W. Peachtree St., NW
Suite 3900
Atlanta, GA 30309


Bracewell LLP
P.O. Box 207486
Dallas, TX 75320-7486

Bridge Commercial Real Estate
Five Concourse Parkway
Suite 500
Atlanta, GA 30328


Burr Forman LLP
420 North 20th Street
Suite 2400
Birmingham, AL 35203


CA Atty Gen Attn: A. Dybris
California Dept of Justice
300 S. Spring Street, Ste 1702
Los Angeles, CA 90013


California Dept of Insurance
Attn: Teresa R. Campbell
1901 Harrison St, 4th Floor
Oakland, CA 94612


Cherry Bekaert LLP
P.O. Box 25549
Richmond, VA 23260-5500


Cigna Dental & Vision
P.O. Box 644546
Pittsburgh, PA 15264-4546


CIT
21146 Network Place
Chicago, IL 60673


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


David P. White
1706 Swann Street Northwest
Washington, DC 20009

Dean Mellom
c/o Sirianni Youtz Spoonemore
3101 Western Ave., Ste 350
Seattle, WA 98121


Dickman Davenport Inc.
3100 S. Trust Tower
420 N. 20th, Ste 3400
Birmingham, AL 35203


Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196


Eagle Resource Group Inc.
5755 Glenridge Drive
Atlanta, GA 30328


Eckert Seamans Cherin & Mellot
P.O. Box 5405
Princeton, NJ 08543


Edgewood Partners Ins. Center
P.O. Box 734005
Chicago, IL 60673


Five 9, Inc.
4000 Executive Parkway
Suite #400
San Ramon, CA 94583


FPG Colonnade LP
45 Main Street
Suite 800
Brooklyn, NY 11201


Fulton County Tax Commissioner
141 Pryor Street
Atlanta, GA 30303

```
GBT US, LLC
14635 N. Kierland Blvd
13-01-72
Scottsdale, AZ 85254


Georgia Department of Labor
148 Andrew Young Int'l Blvd.
Suite 826
Atlanta, GA 30303


Georgia Department of Revenue
1800 Century Boulevard, NE
Atlanta, GA 30345


Gerald & Roslyn Jackson
c/o Sirianni Youtz Spoonemore
3101 Western Ave., Ste 350
Seattle, WA 98121


Gerald Jackson, Roslyn Jackson
c/o Sirianni Youtz Spoonemore
3101 Western Ave., Ste 350
Seattle, WA 98121


Gingold Law Firm PLLC
400 Harborview Drive SE
#237
Bainbridge Island, WA 98110-2467


GreatAmerica Financial Svcs
P.O. Box 660831
Dallas, TX 75266-0831


Hanna Albina & Austin Willard
c/o Sirianni Youtz Spoonemore
3101 Western Ave., Ste 350
Seattle, WA 98121
```

```
HealthScope Benefits Inc.
27 Corporate Hill Drive
Little Rock, AR 72211



Internal Revenue Service
Department of Treasury
Ogden, UT 84201



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346



Internal Revenue Service
401 W. Peachtree St., NW
Stop 334-D
Atlanta, GA 30308



IPFS Corporation
1122 Lady St.
#1080
Columbia, SC 29201



Jackson Murdo Grant PC
203 North Ewing Street
Helena, MT 59601



James Eddie Black
811 Holley Drive
Albany, GA 31705



Kansas Attorney General
Attn: Lynette Goodman
120 S.W. 10th Ave., Ste 430
Topeka, KS 66612-1597



Krohne Tanks and Ponds LLC
3069 Mountain Shadow Way
Marietta, GA 30064
```

Kutak Rock LLP
1650 Farnam Street
P.O. Box 30057
Omaha, NE 68103-1157


Lewis Brisbois Bisgaard Smith
LLP
633 West 5th St., Ste 4000
Los Angeles, CA 90071


Life Insurance Company of
North America
P.O. Box 782447
Philadelphia, PA 19178-2447


Maria Guzman Escobio
1315 Dresden Dr. West
Charlotte, NC 28205


McGuire Woods Consulting
800 E. Canal Street
23219-3916
Richmond, VA 23219-3916


Meadows Collier Reed Cousins
Crouch & Ungerman LLP
901 Main Street, Ste 3700
Dallas, TX 75202


MI Dept of Ins & Fin Svcs
Attn: Dustin Simon
530 W. Allegan St #7
Lansing, MI 48933


Minnesota Dept of Commerce
Attn: Cam Jenkins
85 7th Place East, Ste 280
Saint Paul, MN 55101

```
Missouri Ins Mrkt Reg Division
Attn: Rob Tilman
301 West High St., Rm 530
Jefferson City, MO 65101


Nelson Taplin Goldwater Inc
1555 Palm Beach Lakes Blvd
Suite 1510
West Palm Beach, FL 33401



Net Planner Systems Inc.
3145 Northwoods Parkway
Ste 800
Norcross, GA 30071



NY Dept of Financial Svcs
Attn: Alison Passer
One State Street
New York, NY 10004



Nyemaster Goode PC
700 Walnut Street
Suite 1600
Des Moines, IA 50309



Offl Comm. of Sharity Members
Stevens & Lee; Attn: J. Huston
919 N. Market St., Ste 1300
Wilmington, DE 19801



Ogletree Deakins
P.O. Box 89
Columbia, SC 29209



One Share Health LLC
3701 Regent Blvd, Ste 100
Attn: Buddy Combs, Esq.
Irving, TX 75063
```

```
PA Ins. Dept. Bur of Licensing
Attn: Craig D. Canfield
1227 Strawberry Square
Harrisburg, PA 17120


POP Property Owner LLC
5901-C Peachtree Dunwoody Rd
Ste 155
Atlanta, GA 30328


Quotit
P.O. Box 6539
Beaverton, OR 97007


Rath Young & Pignatelli PC
P.O. Box 1500
Concord, NH 03302-1500


Ray Guiterez
3905 Briones Street
Austin, TX 78723


ReadyRefresh by Nestle
P.O. Box 856192
Louisville, KY 40285-6192


Relx
P.O. Box 733106
Dallas, TX 75373


ROC III Fairlead Embassy Row
Owner LLC
Five Councouse Pkwy, Ste 500
Atlanta, GA 30328


RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674
```

Schreimann Rackers & Francka L
931 Wildwood Drive
Suite 201
Jefferson City, MO 65109


Sharity Ministries, Inc.
821 Atlanta Street
Suite 124
Roswell, GA 30075


Sheppard Mullin Richter &
Hampton
2200 Ross Ave., Ste 2400
Dallas, TX 75201


Shumate Mechanical
2805 Premiere Parkway
Duluth, GA 30097


Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036


Steve Vermaak
2477 North Forest Drive
Marietta, GA 30062


Texas Attorney General
Attn: Patrick Sweeten
P.O. Box 12548 (MC-009)
Austin, TX 78711-2548


Texas Comptroller of Pub Acct
P.O. Box 149348
Austin, TX 78714-9348

The Advocacy Group at
Cardenas Ptr LLC
204 South Monroe Street
Tallahassee, FL 32301


The Royak Group, Inc.
6455 East Johns Crossing
Ste 285
Duluth, GA 30097


Thomson Reuters-West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197


TIAA Commercial Finance Inc
1700 Lincoln St, Lower Level 3
Dept 1608
Denver, CO 80203


U.S. Attorney N.D. Ga
Attn: Alex R. Sistla, AUSA
75 Ted Turner Dr SW., Ste 600
Atlanta, GA 30303


U.S. Dept. of Labor Atlanta
Reg Ofc, Attn: Holley Morris
61 Forsyth St., Ste 7B54
Atlanta, GA 30303


Uline
P.O. Box 88741
Chicago, IL 60680-1741


Utah Department of Labor
60 E. South Temple Street
Salt Lake City, UT 84111-1016

Utah Department of Revenue
210 N. 1950 W.
Salt Lake City, UT 84134


WA State Off of the Ins Comm
Attn: Darryl E. Colman
P.O. Box 40255
Olympia, WA 98504-0255


Wall McLean & Gallagher PLLC
40 W. Lawrence, Ste. B
P.O. Box 1713
Helena, MT 59601


Wintrow & Associates PC
P.O. Box 6398
Marietta, GA 30065